IN THE UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ALABAMA**

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Michael Auen** | | | |
| | Name: First | Middle | Last | |
| Debtor 2 | | | | |
| (Spouse, if filing) | Name: First | Middle | Last | |
| Case number: | **18-82164** | | | |
| (If known) | | | | |

Check if this is an amended plan ✓
Amends plan dated: **September 21, 2018**
Part(s) amended:
☐ Part 1 ☐ Part 5
✓ Part 2 ☐ Part 6
☐ Part 3 ☐ Part 8
☐ Part 4 ☐ Part 9

*Failure to check a box identifying a Part amended hereby may render that amendment ineffective.*

# Chapter 13 Plan

## Part 1: Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules, administrative orders, and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies. Your failure to check a box that applies renders that provision ineffective.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the confirmation hearing, unless otherwise ordered. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is made. See Bankruptcy Rule 3015. In addition, a proper proof of claim must be filed in order to be paid under this plan.

The following matters may be of particular importance to you. Debtor(s) must check each box that applies. Debtor(s)' failure to check a box that applies renders that provision ineffective.

☐ **The plan seeks to limit the amount of a secured claim, as set out in Part 3, § 3.2, which may result in a partial payment or no payment at all to the secured creditor.**

☐ **The plan requests the avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest as set out in Part 3, § 3.4.**

☐ **The plan sets out nonstandard provision(s) in Part 9.**

## Part 2: Plan Payments and Length of Plan

**2.1** **Debtor(s) will make regular payments to the trustee as follows:**

**$685** per **Month** for **3** months
**$711** per **Month** for **57** months

*Debtor(s) shall commence payments within thirty (30) days of the petition date.*

**2.2** **Regular payments to the trustee will be made from future income in the following manner** (*check all that apply*):

✓     Debtor(s) will make payments pursuant to a payroll deduction.    Debtor(s) request a payroll deduction be issued to:
Shape Corr
1900 Hayes St
Grand Haven, MI 49417

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| Debtor | **Michael Auen** | Case number | **18-82164** | Eff (12/01/2017) |
|---|---|---|---|---|

☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment)

_____

**2.3** **Income tax refunds and returns.** *Check one.*

☑ Debtor(s) will retain any income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee income tax refunds received during the plan term, if any.

☐ Debtor(s) will treat income refunds as follows:

_____

☐ Debtor(s) believe they are not required to file income tax returns and do not expect to receive tax refunds during the plan term.

**2.4** **Additional payment** *(Check all that apply):*
☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5** **Adequate Protection Payments**

Any adequate protection payments shall be made as part of this plan; see Part 3 or Part 9 for details. The secured creditor must file a proof of claim in order to receive payment. Unless otherwise ordered, adequate protection payments through the trustee shall be made as funds are available after the proof of claim is properly filed.

### Part 3: Treatment of Secured Claims

**3.1** **Maintenance of payments and cure of defaults, if any, on long-term secured debts.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2** **Request for valuation of security, claim modification, and hearing on valuation.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3** **Secured claims excluded from 11 U.S.C. § 506 and fully secured claims.** *Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below:
 1. were incurred within 910 days before the petition date and secured by a purchase-money security interest in a motor vehicle acquired for the personal use of Debtor(s), or
 2. were incurred within 1 year of the petition date and secured by a purchase-money security interest in any other thing of value, or
 3. are fully secured.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed by the trustee as specified below. Unless otherwise ordered, the amount stated on a proof of claim or amended proof of claim controls over any contrary amount listed below as to the estimated amount of the creditor's total claim, but the interest rate is controlled by the plan.

| Name of Creditor | Monthly Adequate Protection Payment | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Interest Rate | Monthly Fixed Payment to Creditor | Monthly Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|
| Santander Consumer USA | $280.00 | $28,000.00 | 2018 Toyota RAV 4 13,000 miles | $28,000.00 | 5.28% | $636.00 | |

**3.4** **Section 522(f) judicial lien and nonpossessory, nonpurchase-money ("Non-PPM") security interest avoidance.** *Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced*.
☑ Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the surrender of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Compass Bank | 2016 Chevy Silverado 16000 miles |
| Harley Davidson Credit | 2018 Harley Davidson motorcycle 2300 miles |
| Mariner Finance | 1990 Coleman Sequoia |

---

### Part 4:  Treatment of Fees and Priority Claims

**4.1**  **General**
Trustee's fees will be paid in full. Except as set forth in § 4.5, allowed priority claims also will be paid in full, without interest.

**4.2**  **Chapter 13 case filing fee.** *Check one.*

☐ Debtor(s) intend to pay the Chapter 13 case filing fee through the plan.
☑ Debtor(s) intend to pay the Chapter 13 case filing fee directly to the Clerk of Court.

**4.3**  **Attorney's fees.**

The total fee requested by Debtor(s)' attorney is $**3,500.00**. The amount of the attorney fee paid prepetition is $**0.00**. The balance of the fee owed to Debtor(s)' attorney is $**3,500.00**, payable as follows (*check one*):

☐ $ at confirmation and $ per month thereafter until paid in full, or
☑ in accordance with any applicable administrative order regarding fees entered in the division where the case is pending.

**4.4**  **Priority claims other than attorney's fees and domestic support obligations.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5**  **Domestic support obligations.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced*.

---

### Part 5:  Treatment of Nonpriority Unsecured Claims

**5.1**  **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata.

**5.2**  **Percentage, Base, or Pot Plan.** *Check one.*

☐ 100% Repayment Plan. This plan proposes to pay 100% of each allowed nonpriority unsecured claim.
☐ Percentage Plan. This plan proposes to pay _____% of each allowed nonpriority unsecured claim.
☐ Pot Plan. This plan proposes to pay $_____, distributed pro rata to holders of allowed nonpriority unsecured claims.
☑ Base Plan. This plan proposes to pay $  **42,582.00**  to the trustee (plus any tax refunds, lawsuit proceeds, or additional payments pursuant to §§ 2.3 and 2.4). Holders of allowed nonpriority unsecured claims will receive the funds remaining, if any, after disbursements have been made to all other creditors provided for in this plan

**5.3**  **Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*
☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced*.

**5.4**  **Maintenance of payments and cure of any default on long-term nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.4 need not be completed or reproduced*.

**5.5**  **Other separately classified nonpriority unsecured claims.** *Check one*.

| Debtor | **Michael Auen** | Case number | **18-82164** | Eff (12/01/2017) |

☑ **None.** *If "None" is checked, the rest of § 5.5 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed, will be treated as specified, and any defaults cured.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**6.2** **The executory contracts and unexpired leases listed below are rejected:**

**NPRTO California, LLC**

## Part 7: Sequence of Payments

**7.1** Unless otherwise ordered, the trustee will make the monthly payments required in Parts 3 through 6 in the sequence of payments set forth in the administrative order for the division in which this case is pending.

## Part 8: Vesting of Property of the Estate

**8.1** **Property of the estate will vest in Debtor(s)** *(check one)*:

☑ Upon plan confirmation.
☐ Upon entry of Discharge

## Part 9: Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

## Part 10: Signatures:

**Signature(s) of Debtor(s) required.**

**Signature(s) of Debtor(s)** *(required)*:

X  **/s/ Michael Auen**                             Date  **October 31, 2018**
   **Michael Auen**

X  _____                             Date  _____

**Signature of Attorney for Debtor(s):**
X  **/s/ John Zingarelli**                          Date  **October 31, 2018**
   **John Zingarelli ASB-6695-L69J**
   **PO Box 2145**
   **Decatur, AL 35602**
   **(256) 350-1264**

Name/Address/Telephone/Attorney for Debtor(s):

**By filing this document, Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) certif(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in this district's Local Form, other than any nonstandard provisions included in Part 9.**

Local Form Number LR 3015-1(c) (12/17)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

IN RE: Michael Auen            CASE NO. 18-82164

Debtor.

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN CONTAINING VALUATION, LIEN AVOIDANCE, § 1301 CO-DEBTOR STAY RELIEF, OR CONTAINING A NON-STANDARD PROVISION REQUIRING RULE 7004 SERVICE**

Debtor(s)' chapter 13 plan dated 09/20/2018      (Doc. _____ ) (check all that all apply):

☐ seeks to value collateral and cram down one or more secured claims in Part 3.2

☐ seeks to avoid one or more liens in part 3.4

☒ requests termination of the § 1301 co-debtor stay in Part 3.5

In accordance with Local Rule 3015-1(c), I certify that the creditors whose claims are affected have been served as follows:

| Creditor name and address<br>(If the creditor is an entity other than an Insured Depository Institution ("IDI")*, identify the officer, managing agent, general agent, or other agent authorized to receive process to whose attention service was made. If the entity is an IDI, identify the officer to whose attention service was made via certified mail.) | Method of service |
|---|---|
| Compass Bank<br>PO Box 2210<br>Decatur, AL 35699<br><br>Harley-Davidson Credit Corporation<br>PO Box 9013<br>Addison, TX 75001<br><br>Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236 | ☒ First Class Mail<br><br>☐ Certified Mail No. |

*Most IDIs are banks, credit unions, or savings & loan associations.

In accordance with Local Rule 3015-1(c), I certify that the § 1301 co-debtor(s) who are subject to the termination of the § 1301 co-debtor stay have been served via First Class U.S. Mail as follows:

| Name and address | Creditor | Collateral |
|---|---|---|
|  |  |  |
|  |  |  |

Under penalty of perjury, I declare that the foregoing is true and correct.

September 20, 2018           _[signature]_
_____           _____
Date           Signature of Attorney for Debtor(s) or pro se Debtor(s)

Local Form Number LR 3015-1(c) (12/17)

Name/Address/Telephone/Email
John Zingarelli
Attorney for Debtor
PO Box 2145
Decatur, AL 35602

| | | |
|---|---|---|
| Compass Bank<br>PO Box 2210<br>Decatur, AL 35699 | Emergency Physicians Grp Hsv<br>PO Box 11407 DRW 141<br>Birmingham, AL 35246-0141 | Sun Loan<br>800 US Highway 72 W<br>Athens, AL 35611 |
| Harley Davidson Credit<br>PO Box 22048<br>Carson City, NV 89721-2048 | Fingerhut Credit<br>PO Box 1250<br>Saint Cloud, MN 56395-1250 | Surge<br>PO Box 31292<br>Tampa, FL 33631-3292 |
| Mariner Finance<br>11220 Memorial Pkwy SW<br>Huntsville, AL 35803 | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 | The Bank of Missouri<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108 |
| Santander Consumer USA<br>PO Box 560284<br>Dallas, TX 75356-0284 | Kay Jewelers<br>375 Ghent Road<br>Fairlawn, OH 44333-4601 | Total Visa<br>PO Box 5069<br>Sioux Falls, SD 57117-5069 |
| Big Picture Loans<br>PO Box 704<br>Watersmeet, MI 49969 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Valley Loan Company<br>1819 6th Ave SE., Suite 2<br>Decatur, AL 35601 |
| Brundage Management Co<br>215 E. Travis<br>San Antonio, TX 78205 | Matrix<br>PO Box 31292<br>Tampa, FL 33631-3292 | Verizon Wireless<br>Bankruptcy Department<br>PO Box 3397<br>Bloomington, IL 61702 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Merchants & Medical Adj<br>321 Main Street<br>Tifton, GA 31794 | Anesthesia Services at UAB Hosp<br>PO Box 11407 Dept 1717<br>Birmingham, AL 35246-1717 |
| Continental Finance<br>PO Box 8099<br>Newark, DE 19714-8099 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804 | Franklin Collections<br>PO Box 3910<br>Tupelo, MS 38803 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | NPRTO California, LLC<br>256 West Data Drive<br>Draper, UT 84020 | |

# United States Bankruptcy Court
## Northern District of Alabama

In re **Michael Auen**  
Debtor(s)

Case No. **18-82164**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 31, 2018**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Anesthesia Services at UAB Hospital**
**Big Picture Loans**
**Brundage Management Co**
**Capital One**
**Compass Bank**
**Continental Finance**
**Credit One Bank**
**Emergency Physicians Grp Hsv**
**Fingerhut Credit**
**First Premier Bank**
**Franklin Collections**
**Harley Davidson Credit**
**Kay Jewelers**
**Kohl's**
**Mariner Finance**
**Matrix**
**Merchants & Medical Adj**
**Merrick Bank**
**Santander Consumer USA**
**Sun Loan**
**Surge**
**The Bank of Missouri**
**Total Visa**
**Valley Loan Company**
**Verizon Wireless**

**/s/ John Zingarelli**
**John Zingarelli ASB-6695-L69J**
**John Zingarelli, PC**
**PO Box 2145**
**Decatur, AL 35602**
**(256) 350-1264 Fax:(256) 350-2010**
**johnz@hiwaay.net**